**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE SANTANA,

                    Plaintiff,                  20 **CIVIL** 10229 (LJL)

          -v-                       **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated September 16, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will offer plaintiff the opportunity for a new hearing and will issue a new decision.

**Dated:**  New York, New York
          September 16, 2021

                                                                   **RUBY J. KRAJICK**

                                                                     Clerk of Court
                                      **BY:**    *K. Mango*
                                                                       **Deputy Clerk**